IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV188

| | |
|---|---|
| WILDERNESS THERAPEUTIC SERVICES OF GEORGIA, LLC, and ASHEVILLE HOUSE, LLC, )<br><br>Plaintiffs, )<br><br>Vs. )<br><br>PHOENIX OUTDOOR, LLC, and ASPEN YOUTH, INC., )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to withdraw its previous Order filed August 12, 2008, regarding Defendant's motion to extend the deadline for filing their answer until after the pending motion to compel arbitration has been resolved.

It appearing the Court's August 12, 2008, was improvidently filed,

**IT IS, THEREFORE, ORDERED** that the Court's August 12, 2008, Order is hereby withdrawn, and the Magistrate Judge's Order filed August 13, 2008, setting forth the September 26, 2008, deadline remains in full force and effect.

2

Signed: August 18, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge